## Marion Daniels, Appellee, v. George W. Daniels, Appellee.
## Appeal of Alex Meyerovitz, Appellant.

### Gen. No. 44,088.

332

opinion filed February 4, 1948; released for publication February 20, 1948. Alex Meyerovitz, *pro se;* Richard A. Harewood, for defendant appellee. Opinion by JUSTICE KILEY. Not to be published in full.